## FRANKLING v. THE STATE.
(Decided November 19th, 1914.)

Appeal from Russell Circuit Court.

Heard before Hon. Mike Sollie.

No counsel marked for appellant. Robert C. Brickell, Attorney General, for the State.

Per curiam. Dismissed for want of prosecution.

---

## FREEMAN v. BANKSTON & BERRY W. & S. CO.
(Decided November 25th, 1914.)

Appeal from Fayette Circuit Court.

Heard before Hon. Bernard Harwood.

No counsel marked for each party.　.

Per curiam. Affirmed on certificate.

---

## HAMILTON v. TERRY HDW. CO.
(Decided November 25th, 1914.)

Appeal from Jefferson Circuit Court.

Heard before Hon. E. C. Crow.

H. A. Haigler and Thomas J. Judge, for appellant. W. T. Stewart, for appellee.

Per curiam. Affirmed for failure to assign errors.